THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DAMIEN WARREN, Respondent.

Submitted February 21, 2012; decided March 22, 2012

Reported below, 87 AD3d 36.

Motion for assignment of counsel granted and Michael L. D'Amico, Esq., 484 Delaware Avenue, Buffalo, New York 14202 assigned as counsel to the respondent on the appeal herein.

In the Matter of TODD M. SMITH, Respondent, v JAMES C. TORMEY, District Administrative Judge, Fifth Judicial District, Respondent, and County of Onondaga et al., Appellants.

Submitted March 19, 2012; decided March 22, 2012

Reported below, 83 AD3d 1425.

Motion by New York State Association of Criminal Defense Lawyers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

Chief Judge LIPPMAN taking no part.

In the Matter of TOWN OF WALLKILL, Respondent, v CIVIL SERVICE EMPLOYEES ASSOCIATION, INC. (LOCAL 1000, AFSCME, AFL-CIO, TOWN OF WALLKILL POLICE DEPARTMENT UNIT, ORANGE COUNTY LOCAL 836), et al., Appellants.

Submitted March 5, 2012; decided March 22, 2012

Reported below, 84 AD3d 968.

Motion by New York State Public Employment Relations Board for leave to orally argue as amicus curiae on the appeal herein denied.